ACCEPTED
03-14-00702-CR
4363417
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 10:13:02 AM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

ANTONIOUS DEMOND BRINSON, §
    **Appellant**      §
§
**V.**      §
§
§
**THE STATE OF TEXAS,**      §
    **Appellee**      §

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 10:13:02 AM
JEFFREY D. KYLE
Clerk

**CAUSE NO. 03-14-00702-CR**
**TRIAL COURT NO. 72,150**

## MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

## TO THE HONORABLE JUSTICES OF SAID COURT:

**NOW COMES** ANTONIOUS DEMOND BRINSON, Appellant in the above styled and numbered cause, by and through Counsel, and moves this Court to grant an extension of time to file appellant's brief, pursuant to **Rule 38.6(d)** of the **Texas Rules of Appellate Procedure**, and for good cause shows the following:

1. This case is on appeal from the 264th District Court in Bell County, Texas.

2. The case below is styled ***The State of Texas v. Antonious Demond Brinson*** and numbered 72,150.

3. Appellant was convicted of assault/family violence with previous conviction and assessed a sentence of thirteen (13) years incarceration in the Texas Department of Criminal Justice's Institutional Division on October 28, 2014.

1

4. Notice of appeal was given on October 29, 2014.

5. The Clerk's record was filed December 16, 2014. The Reporter's record was filed on February 4, 2015.

6. The Appellant's brief is presently due on March 6, 2015.

7. Appellant's counsel requests an extension of time to file appellant's brief of 30 days from the present due date or until March 6, 2015.

8. No previous requests for extension to file the brief have been filed in this cause.

9. Defendant is currently incarcerated.

Appellant's counsel relies on the following facts as good cause for the requested extension: The undersigned has had a significant amount of title work in his oil and gas practice above the ordinary volume expected for this time of year and has had appellate deadlines in the Court of Appeals for the Second District in the past forty-five days as well, all of which preceded the filing deadline herein including: filing appellant's briefs in *State v. Castro*, No. 02-14-00506-CR due January 31, 2015; and *State v. Thornburg*, No. 02-14-00453 due February 23, 2015, (the latter requiring review of a voluminous 14-volume record) .The undersigned, therefore, would request

an additional 30 days to review the record and to perform the necessary legal research for preparation of the brief herein.

**WHEREFORE,** Counsel prays that this Court grant this motion to extend time to file appellant's brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX 78613
Tel: 512-897-8126
Fax: 512-215-8114
Email: tcopeland14@yahoo.com

By: /s/ Tim Copeland
Tim Copeland
State Bar No. 04801500
Attorney for Appellant

**CERTIFICATE OF SERVICE,**
**COMPLIANCE WITH RULE 9 and of CONFERENCE**

This is to certify that on March 4, 2015, a true and correct copy of the above and foregoing document was served on Henry L. Garza, District Attorney, Attention: Bob Odom, Assistant District Attorney, Appellate Section, P.O. Box 540, Belton, Texas 76513-0909 in accordance with the *Texas Rules of Appellate Procedure*, and that this motion is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 529 words, and that the undersigned conferenced with opposing counsel on March 4, 2015, who had no objection to the granting of this motion.

/s/ Tim Copeland
Tim Copeland